

# NUMBER 13-18-00425-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SHANNON DEAN DAVENPORT, Appellant,

v.

THE STATE OF TEXAS, Appellee.

On appeal from the 36th District Court
Of Aransas County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Memorandum Opinion by Justice Longoria**

Appellant Shannon Dean Davenport attempts to appeal a conviction for possession of a controlled substance. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(c) (West, Westlaw through 2017 1st C.S.). The trial court has certified that this

"is a plea-bargain case, and the defendant has NO right of appeal."  *See* TEX. R. APP. P. 25.2(a)(2).

On August 8, 2018, this Court notified appellant's counsel of the trial court's certification and ordered counsel to:  (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.  Counsel did not immediately respond to our directive, so, on September 19, 2018, this Court abated and remanded the appeal to the trial court for determinations regarding:  (1) whether appellant desired to prosecute this appeal; (2) whether appellant had been denied effective assistance of counsel; and (3) whether appellant was indigent and entitled to court-appointed counsel.

On October 19, 2018, counsel filed a response to this Court's directive.  Counsel's response does not indicate that the certification on file is incorrect or should be amended.

Given the foregoing sequence of events, we reinstate this appeal.  We withdraw our requests for findings and conclusions as previously requested from the trial court. We conclude that the record fails to show that the certification of appellant's right to appeal currently on file with this Court is incorrect or that appellant otherwise has a right to appeal.  The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal.  TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4.  Accordingly, we dismiss this appeal.

NORA L. LONGORIA<br>
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of January, 2019.